585 A.2d 394

DAVID H. WEINER v. COUNTY OF ESSEX.

October 10, 1990.

Petition for certification denied.

585 A.2d 394

DR. HENRY LEVINSON v. RUTGERS, THE STATE
UNIVERSITY OF NEW JERSEY.

October 10, 1990.

Petition for certification denied.

585 A.2d 394

CHARLES WILLIAMS v. NEW JERSEY STATE
PAROLE BOARD.

October 10, 1990.

Petition for certification denied.

585 A.2d 394

BIEVENIDO HERNANDEZ v. ISABEL L. MARTINEZ.

October 10, 1990.

Petition for certification denied.